# Court of Appeals
# of the State of Georgia

ATLANTA,   May 01, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1653.  CRANDALL  POSTELL  v.  FIVE  STAR  FORD  LINCOLN MERCURY.

Crandall Postell initially brought this action in Houston County Magistrate Court. The magistrate judge entered a judgment in favor of Five Star Ford Lincoln Mercury, and Postell appealed that decision to the Superior Court of Houston County. On January 18, 2013, the superior court entered an order affirming the magistrate court's judgment, effectively dismissing the case against Five Star Ford Lincoln Mercury.  Postell then filed a notice of direct appeal to this Court.

We lack jurisdiction.  Because the order at issue disposes of an appeal from a magistrate court decision, Postell was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/01/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*